IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 07-98-UNA |
| | ) |
| CARL W. WILSON, JR., | ) |
| | ) |
| Defendant. | ) SEALED |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Carl W. Wilson, Jr.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
for Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007

AND NOW, to wit, this __26__ day of __June__, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Carl W. Wilson, Jr.

Honorable Mary Pat Thynge
United States Magistrate Judge