IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SEALED

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07- 98- UNA |
| ) | |
| CARL W. WILSON, JR., ) | |
| ) | |
| Defendant. ) | |

FILED
JUN 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**Count 1**

On or about December 20, 2006, in the District of Delaware, Carl W. Wilson, Jr., the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of a computer video file which is of a minor engaged in sexually explicit conduct, which child pornography had been transported in interstate and foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

**Count 2**

On or about May 25, 2007, in the District of Delaware, Carl W. Wilson, Jr., the defendant, knowingly possessed a computer disk that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials

which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
     Edmond Falgowski
     Assistant United States Attorney

Dated: June 26, 2007