*FILED IN OPEN COURT on 7/5/07*
*RPG*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-98-UNA |
| | ) |
| CARL W. WILSON, JR., | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

        __X__  Crime of violence (18 U.S.C. § 3156)

        ____  Maximum sentence life imprisonment or death

        ____  10+ year drug offense

        ____  Felony, with two prior convictions in above categories

        __X__  Minor victim

        ____  Possession/ use of firearm, destructive device or other dangerous weapon

        ____  Failure to register under 18 U.S.C. § 2250

        __X__  Serious risk defendant will flee

        ____  Serious risk obstruction of justice

FILED
JUL - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        __X__  Defendant's appearance as required

        __X__  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (violation of 18 U.S.C. § 2252A(a)(2)) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

    ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___5th___ day of ___July___ 2007.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
       Christopher J. Burke
       Assistant United States Attorney

Case 1:07-cr-00098-SLR    Document 6    Filed 07/05/2007    Page 3 of 3