UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
                                )    CASE NO.  07-98 SLR
      vs.                       )
                                )
Carl W. Wilson, Jr.             )
                                )
            Defendant.          )

## O R D E R

The defendant, upon entering a plea of not guilty to the
Indictment on      7/17/07      requested, through counsel,
additional time to file pretrial motions.  The Court having
considered the request,  it is **ORDERED** that the deadline for the
defendant to file pretrial motions is extended until  October 19, 2007.
The time between the date of this order and  October 19, 2007
shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et
seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge



FILED

JUL 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc: Defense Counsel
    United States Attorney