AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

CARL W. WILSON, JR.

SEALED  UNSEALED KJK 7/5/07

**WARRANT FOR ARREST**

Case Number: CR 07-98 (UNA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CARL W. WILSON, JR. _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

RECEIPT OF CHILD PORN BY COMPUTER
POSSESSION OF CHILD PORN - 18:2252A(a)(5)(B)

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2252A(a)(2) _____

PETER T. DALLEO
Name of Issuing Officer

*Evette Watson*, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

State Probation office, Georgetown DE

| DATE RECEIVED 6-27-07 | NAME AND TITLE OF ARRESTING OFFICER William Dowel, DUSM | SIGNATURE OF ARRESTING OFFICER William Dowel |
|---|---|---|
| DATE OF ARREST 7-5-07 | | |