OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

August 13, 2007

Joseph A. Gabay, Esq.
Maron Marvel Bradley & Anderson, P.A.
1201 N. Market St., Suite 900
P.O. Box 288
Wilmington, DE 19899



      RE:  U.S.A. v. CARL W. WILSON, JR.
         CR 07-98-1-SLR

Dear Mr. Gabay:

    Enclosed is a copy of the Court's order appointing you counsel
under the Criminal Justice Act in the above criminal case.  This
appointment requires representation of the defendant for all
proceedings in this Court.  When the proceedings in this Court are
completed, the attached voucher should be submitted to this office
within 45 days, with the enclosed worksheets, for approval of
payment.  Please complete box 21, Case Disposition, using the Case
Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will
generally appoint you to represent the defendant for the appellate
proceedings.  The Clerk of the 3rd Circuit Court of Appeals will
issue another CJA voucher for service rendered in their Court.  If
the Notice of Appeal is filed and you wish to withdraw as counsel,
please address said motion to the Clerk, 3rd Circuit Court of
Appeals.

                  Sincerely,

                  PETER T. DALLEO, CLERK

                  BY: _Brian K Blackwell_
                    Deputy Clerk

PTD/bkb
enclosure

cc:  Edmond Falgowski, Esq.
     US Probation
     US Marshal

FILED

AUG 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE