IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-98-SLR |
| | ) | |
| CARL W. WILSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute the appearance of Joseph A. Gabay, Esquire, (#2139), with Richard R. Wier, Jr., P.A., on behalf of Defendant in the above captioned case.

**RICHARD R. WIER, JR., P.A.**

/s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302) 888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-98-SLR |
| | ) | |
| CARL W. WILSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Richard R. Wier, Jr., P.A., hereby certify that on this 29th day of August, 2007 have caused two true and correct copies of the attached Substitution of Counsel to be served BY ELECTRONIC FILING on:

Joseph A. Gabay, Esquire
901 Market Street, Suite 463
Wilmington, DE 19801

**RICHARD R. WIER, JR., P.A.**

/s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302) 888-3222