IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. 07-98-SLR |
| ) | |
| v. ) | |
| ) | |
| ) | |
| CARL W. WILSON, JR., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

According to the Court's Scheduling Order, pre-trial motions in the above referenced case are due on October 19, 2007.

On August 29, 2007, Defense counsel entered his appearance through a substitution of counsel. Discovery has been requested and the Government has provided discovery in response thereto. The receipt and review of some discovery, such as the images, needs to be completed and pre-trial motions are due on October 19, 2007. The discovery needs to be viewed prior to the filing of any pre-trial motions. Moreover, the Government has made an offer in this case, which needs to be evaluated and discussed with Mr. Wilson prior to determining whether there are appropriate pre-trial motions. Mr. Wilson is currently incarcerated in New Jersey. The Government has no objection to an extension of the deadline to file pre-trial motions. An extension will enable counsel to have the Defendant transported to the Federal Building to view the discovery and that can not be accomplished prior to October 19, 2007. An evaluation of the evidence and plea offer may, if accepted, obviate the need for pre-trial motions.

WHEREFORE, Defendant respectfully requests that of the deadline to file pre-trial motions be extended to November 19, 2007.

Dated: October 11, 2007

**RICHARD R. WIER, JR., P.A.**

/s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302) 888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. 07-98-SLR |
| v. | ) | |
| | ) | |
| CARL W. WILSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant Carl Wilson's Motion for Extension of Time to File Pre-Trial Motions, it is hereby ORDERED that Defendant's Motion is GRANTED.

IT IS SO ORDERED

_____
THE HONORABLE SUE L. ROBINSON