IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. 07-98-SLR |
| v. | ) | |
| | ) | |
| CARL W. WILSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this __16th__ day of __October__, 2007, upon consideration of Defendant Carl Wilson's Motion for Extension of Time to File Pre-Trial Motions, it is hereby ORDERED that Defendant's Motion is GRANTED.

IT IS SO ORDERED

*[signature]*
THE HONORABLE SUE L. ROBINSON