Case 1:07-cr-00098-SLR    Document 17    Filed 10/26/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-98-SLR |
| ) | |
| CARL W. WILSON, JR., ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR
### EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and respectfully moves this Court for an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq. In support of the motion, the United States respectfully states as follows:

1. On October 11, 2007, the defendant filed a motion for extension of time to file pre-trial motions, requesting that the date be extended to November 19, 2007. Defendant's request was made, in part, so that the defendant could assess the Government's plea offer. The United States had no objection to the motion. On October 16, 2007, the Court granted the motion.

2. The Speedy Trial Act provides that the Judge may exclude time under the Act "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

3.  The Government has reviewed this motion with counsel for the defendant and counsel has no objection to the motion

WHEREFORE, the United States respectfully requests that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period commencing with the filing of this Motion through November 19, 2007, be excluded under the Speedy Trial Act.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-26-07

IT IS SO ORDERED this 26th day of October, 2007.

_____
Honorable Sue L. Robinson
United States District Court

2