IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-98-SLR |
| ) | |
| CARL W. WILSON, JR., ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States opposes the request of the defendant, Carl W. Wilson, Jr. (Wilson), for a downward variance from the applicable Guidelines range.

In ten online chats with Paul Thielemann, spread over a nine month period, Wilson condoned and encouraged the sexual molestation of young children. When Thielemann variously spoke of having sexual access to young children, Wilson responded "kool"[1] and "awesome."[2] Wilson agreed that he "would luv to rape"[3] a young girl. When Thielemann said that he was babysitting a two year old girl in his bedroom with his penis exposed, Wilson responded "turn on ur cam and let me watch."[4] On a different occasion when Thielemann said he was babysitting an eight year old girl, Wilson asked that she be brought to him, writing "u going ot help me rape her too[?]" and "I wanna make u force her to [perform fellatio on you.]"

---

[1] Online chat, May 14, 2006, at 00:45:39 hours.

[2] Online chat, December 9, 2006, at 15:35:02 hours and 15:55:12 hours.

[3] Online chat, February 1, 2007, at 20:10:31 hours.

[4] Online chat, February 16, 2007, at 14:38:16 hours.

Wilson asserts that his receipt of the child pornography video and the nature of his online chats are the result of motives other than a sexual interest in children. The Government submits that any such distinction does not warrant a variance from the Guidelines. The prepubescent girl in the video is victimized, regardless of the motives of the people who possess her image. Being a pedophile is neither an element of the relevant offense nor a specific offense characteristic of the applicable Guidelines section.

In conclusion, Wilson is not deserving of a variance because he not only possessed a video of a prepubescent girl engaged in multiple sex acts with an adult male, Wilson condoned and encouraged such conduct in numerous online chats with Thielemann over a prolonged period.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 4-4-08