Case 1:07-cr-00098-SLR   Document 28   Filed 04/10/2008   Page 1 of 1
Filed in open court
fmt 4/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-98-SLR |
| CARL W. WILSON, JR., ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment pursuant to the Memorandum of Plea Agreement dated January 7, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: April 10, 2008

IT IS SO ORDERED this 10th day of April, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court